# Morgan Lewis

**Kimberley E. Lunetta**
Of Counsel
+1.212.309.6656
kimberley.lunetta@morganlewis.com

The conference scheduled for July 30 is adjourned to August 20, 2020 at 10:30 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
July 28, 2020

July 27, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
For the Southern District of New York
40 Foley Square
New York, New York 10007-1312

   **Re:**  *Beverly Wilmore v. Charter Communications, et al.*
      **Case No. 19-cv-09353**

Dear Judge Gardephe:

This firm represents Charter Communications ("Charter") and Spectrum Reach, LLC ("Spectrum Reach"), who have been named as defendants in the above-referenced action (Charter and Spectrum Reach are collectively referred to herein as "Defendants"). Pursuant to Rule I(E) of Your Honor's Individual Rules of Practice in Civil Cases, we write with Plaintiff's consent, to request an adjournment of the July 31, 2020 initial conference. Defendants have previously requested one adjournment of the conference, and the conference has also been moved administratively after Defendants' request. The extension will not affect any other deadlines in the case.

On March 3, 2020, Defendants filed a pre-motion conference request pursuant to Your Honor's Individual Rules. On June 24, 2020, the Court adjourned the previously scheduled initial conference in this matter to July 16, 2020, and ordered that Plaintiff submit an opposition to Defendants' request for a pre-motion conference by July 2, 2020. *See* ECF Dkt. No 22. Plaintiff submitted a letter response on July 2, 2020, (ECF Dkt. 23) in response to Defendants' request. On the following day, July 3, 2020, Plaintiff filed another letter, requesting that the Court take judicial notice of Plaintiff's termination letter. On July 14, 2020, (ECF Dkt. 25), the Court adjourned the conference scheduled for July 16, 2020 to July 31, 2020.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060    **T** +1.212.309.6000
United States        **F** +1.212.309.6001

The undersigned has a scheduling conflict on the July 31, 2020 conference date and respectfully requests that the Court adjourn the conference.  Subject to the Court's availability, Defendants respectfully request that the conference be held during the following week (the week of August 3, 2020) on any date with the exception of August 5, 2020, or any date thereafter.[1]

We appreciate the Court's consideration of this request.

Sincerely,

/s/ *Kimberley E. Lunetta*
Kimberley E. Lunetta

cc: All Counsel of Record (via ECF)

---

[1] The undersigned is also unavailable on August 19th, as she is taking the Florida Bar Exam on that date.