UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY WILMORE, for and on behalf of herself and other persons similarly situated,

Plaintiff,

- against -

CHARTER COMMUNICATIONS, LLC and SPECTRUM REACH, LLC,

Defendants.

**ORDER**

19 Civ. 9353 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the parties will conduct jurisdictional discovery, as well as discovery concerning Defendants' argument that Plaintiff's claims are subject to mandatory arbitration, over the next thirty days. On October 6, 2020 – one week after the conclusion of jurisdictional discovery – the parties will submit letters setting forth what this limited discovery revealed. The conference scheduled for August 27, 2020 is adjourned sine die.

Dated: New York, New York
       August 25, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge