UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY WILMORE, for and on behalf of
herself and other persons similarly situated,

                    Plaintiff,

   -    against    -


CHARTER COMMUNICATIONS, LLC and
SPECTRUM REACH, LLC,

                    Defendants.

**ORDER**

19 Civ. 9353 (PGG)


PAUL G. GARDEPHE, U.S.D.J.:

           In an August 25, 2020 order, this Court directed the parties to conduct

jurisdictional discovery, as well as discovery concerning Defendants' arguments that Plaintiff's

claims are subject to mandatory artbitration, and to submit letters addressing what this limited

discovery revealed.  (Dkt. No. 29)  In a November 12, 2020 letter, Plaintiff argues that

jurisdiction and venue are proper both in this District and in "Stamford, Connecticut where

Defendant Charter [Communications] maintains its corporate headquarters."  (Pltf. Ltr. (Dkt. No.

38) at 5 n.4)  In a November 12, 2020 letter, Defendants acknowledge that both Charter

Communications and Spectrum Reach maintain a principle place of business in Stamford,

Connecticut.  (Def. Ltr. (Dkt. No. 37) at 2)

           By September 17, 2021, the parties will submit a letter stating whether they

consent to transferring this case to the District of Connecticut.

Dated: New York, New York
          September 8, 2021

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge